United States District Court
District of Massachusetts

```
_____
                               )
LAWRENCE PETRICCA, SR.,        )
        Plaintiff,             )
                               )
     v.                        )    Civil Action No.
                               )    03-40218-NMG
CITY OF GARDNER, DANIEL KELLY  )
and RICHARD REYNOLDS,          )
        Defendants.            )
_____)
```

**MEMORANDUM & ORDER**

**GORTON, J.**

This case, relating to the attempted sale of real property, has languished in this Court for six years primarily due to the dilatory conduct of plaintiff Lawrence Petricca, Sr. ("Petricca"). Petricca asserts claims of malicious prosecution and abuse of process (Counts VI and VIII, respectively) and plaintiff Frederick Hutchings ("Hutchings") asserts claims of negligence, "malfeasance" and interference with business relations (Counts II, V and VII, respectively) against the City of Gardner ("the City"); the City Building Commissioner, Richard Reynolds; and other unnamed employees and agents of the City. Other counts and defendants have previously been dismissed from the case.

A status conference was held on May 15, 2009, at which this Court, <u>inter alia</u>, decided to exercise pendent jurisdiction over the remaining claims and established various discovery and other trial-related deadlines. The Court thereby rendered moot the

defendants' motion filed on March 26, 2009, 1) to dismiss the case due to the fact that all federal claims have been dismissed and 2) to compel the plaintiffs to respond to their discovery requests.

Also at the status conference, this Court informed counsel for Petricca, Gregory A. Hession, that the two counts being prosecuted by his client, against whom an involuntary petition for bankruptcy in pending, would be dismissed unless the Court was promptly informed in writing about the potential intervention of the bankruptcy trustee.  The Court has not been so informed and, accordingly, those two counts will be dismissed.

## ORDER

In accordance with the foregoing:

1) the defendants' motion to dismiss (Docket No. 102) is **DENIED AS MOOT;** and

2) Counts VI and VIII are **DISMISSED**, with prejudice.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated June 29, 2009